```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION

ASIA B. MOHAMMAD,                  *
                                   *
      Plaintiff,                   *
                                   *
vs.                                *   CIVIL ACTION NO. 25-00157-KD-B
                                   *
EDWARD D. DABRIEL, JR., et al.,    *
                                   *
      Defendants.                  *
```

## ORDER

This action is before the Court on review. Federal Rule of Civil Procedure 7.1(a)(2) requires all parties in a diversity action such as this one, including individuals, to file a disclosure statement that "name[s]—and identif[ies] the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2); see Villamil v. Fayrustin, 730 F. Supp. 3d 328, 341-42 (W.D. Tex. 2024) (requiring individual defendants to file disclosure statements identifying their own citizenship); Jeffries v. Penn-Star Ins. Co., 2024 U.S. Dist. LEXIS 169744, at *3, 2024 WL 4215747, at *1 (S.D. Ill. Aug. 13, 2024) ("Effective December 1, 2022, all parties (even individuals) must file a Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a)(2)."). Consistent with this requirement, this Court's standard disclosure statement form directs a party in a diversity action to "name and identify the

citizenship of every individual or entity whose citizenship is attributed to the filing party." A party must "file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court." Fed. R. Civ. P. 7.1(b)(1).

A review of the docket in this case reflects that Plaintiff Asia B. Mohammad has not filed her disclosure statement as required by Federal Rule of Civil Procedure 7.1. Accordingly, Plaintiff is **ORDERED** to file her disclosure statement on or before **April 30, 2025,** using this Court's standard disclosure statement form, which can be found on the Court's external website.[1]

**ORDERED** this **24th** day of **April, 2025.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**

---

[1] https://www.alsd.uscourts.gov/sites/alsd/files/forms/CivilDisclosureStatement.pdf